UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KERRY A. GIBSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:13CV1417 HEA |
| SOCIAL SECURITY ADMINISTRATION, et al., | ) ) ) ) |
| Defendants, | ) ) |

## MEMORANDUM AND ORDER

Plaintiff moves to reopen this case and file new evidence. The Court dismissed this action for lack of subject matter jurisdiction, and the Court of Appeals affirmed the dismissal. Plaintiff has not stated any basis for subject matter jurisdiction in his motion. Additionally, he has filed several frivolous motions to reopen this action since it was closed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to reopen [ECF No. 28] is **DENIED with prejudice**.

Dated this 4th day of November, 2014.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE